**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6598**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

CURTIS DARYLE TINSLEY,

        Defendant – Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge.  (4:06-cr-00009-JLK-2)

_____

Submitted:  August 20, 2015          Decided:  August 25, 2015

_____

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Curtis Daryle Tinsley, Appellant Pro Se.  Craig Jon Jacobsen, I, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

   Curtis Daryle Tinsley appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Tinsley, No. 4:06-cr-00009-JLK-2 (W.D. Va. Mar. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED